UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHAWN WARE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CV01332 AGF |
| ) | |
| WHITING CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that Defendant Wazee Electric Company's motion to compel [Doc. #17] is **DENIED,** pursuant to this Court's Local Rule 37-3.04(A), which states that the Court will not consider any motions related to discovery unless the motion contains a statement that movant's counsel has conferred with opposing counsel in an effort to resolve the dispute, but was unable to reach an accord.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 13th day of June, 2006.