UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHAWN WARE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CV01332 AGF |
| ) | |
| WHITING CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

### **AMENDED CASE MANAGEMENT ORDER**

This matter is before the Court on Plaintiff's motion to amend the Case Management Order and continue the trial setting,

**IT IS HEREBY ORDERED** that Plaintiff's motion to amend the Case Management Order and continue the trial setting (Doc. #22) is **GRANTED**. The Case Management Order shall be amended as follows:

**I. SCHEDULING PLAN**

1. (a) Defendants shall produce their corporate designees for deposition no later than **January 15, 2007**.

(b) Plaintiff shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **February 1, 2007**, and shall make expert witnesses available for depositions, no later than **March 6, 2007**.

(c) DefendantS shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **April 5, 2007**, and shall make expert witnesses available for depositions, no later than **May 7, 2007**.

2. Requests for medical examination of Plaintiff, must be made no later than **January 2, 2007**, and such exam must be completed by **March 1, 2007**.

3. The parties shall complete <u>all</u> discovery in this case no later than **May 7, 2007**.

4. This case shall be referred to alternative dispute resolution on **March 6, 2007**, and that reference shall terminate on **May 7, 2007**.

5. Any motions to dismiss, for summary judgment or motions for judgment on the pleadings must be filed no later than **May 7, 2007**. Responses shall be filed by **June 6, 2007**, and any reply shall be filed by **June 16, 2007**.

6. Any <u>Daubert</u> motions shall be file no later than **May 7, 2007**.

**II. ORDER RELATING TO TRIAL**

This action is set for a **<u>JURY</u>** trial on **Monday, September 10, 2007**, at **9:00 a.m.** This is the No. 2 case a one- week docket.

Pursuant to Local Rule 8.04 the court may tax against one or all parties the per diem, mileage, and other expenses of providing a jury for the parties, when the case is terminated or settled by the parties at a time too late to cancel the jury attendance or to use the summoned jurors in another trial, unless good cause for the delayed termination or settlement is shown.

**In this case, unless otherwise ordered by the Court, the attorneys shall, not less than twenty (20) days prior to the date set for trial:**

1. **<u>Stipulation</u>:** Meet and jointly prepare and file with the Clerk a JOINT Stipulation of all uncontested facts, which may be read into evidence subject to any objections of any party set forth in said stipulation (including a brief summary of the case which may be used on Voir Dire).

2. **<u>Witnesses</u>:**

(a) Deliver to opposing counsel, and to the Clerk, a list of all proposed witnesses, identifying those witnesses who will be called to testify and those who may be called.

(b)     Except for good cause shown, no party will be permitted to call any witnesses not listed in compliance with this Order.

3. **Exhibits:**

(a)     Mark for identification all exhibits to be offered in evidence at the trial (Plaintiffs to use Arabic numerals and defendants to use letters, e.g., Pltf-1, Deft.-A, or Pltf Jones-1, Deft Smith-A, if there is more than one plaintiff or defendant), and deliver to opposing counsel and to the Clerk a list of such exhibits, identifying those that will be introduced into evidence and those that may be introduced.  The list shall clearly indicate for each business record whether the proponent seeks to authenticate the business record by affidavit or declaration pursuant to Fed.R.Evid. 902(11) or 902(12).

(b)     Submit said exhibits or true copies thereof, and copies of all affidavits or declarations pursuant to Fed.R.Evid. 902(11) or 902(12), to opposing counsel for examination.  Prior to trial, the parties shall stipulate which exhibits may be introduced without objection or preliminary identification, and shall file written objections to all other exhibits.

(c)     Except for good cause shown, no party will be permitted to offer any exhibits not identified or not submitted by said party for examination by opposing counsel in compliance with this Order.  Any objections not made in writing at least ten (10) days prior to trial may be considered waived.

4. **Depositions, Interrogatory Answers, and Request for Admissions:**

(a)     Deliver to opposing counsel and to the Clerk a list of all interrogatory answers or parts thereof and depositions or parts thereof (identified by page and line numbers), and answers to requests for admissions proposed to be offered in evidence.  At least ten (10) days before trial, opposing counsel shall state in writing any objections to such testimony and shall identify any

additional portions of such depositions not listed by the offering party which opposing counsel proposes to offer.

(b) Except for good cause shown, no party will be permitted to offer any interrogatory answer, or deposition or part thereof, or answer to a request for admissions not listed in compliance with this Order. Any objections not made as above required may be considered waived.

5. **Instructions:** Submit to the Court and to opposing counsel their written request for instructions and forms of verdicts reserving the right to submit requests for additional or modified instructions at least ten (10) days before trial in light of opposing party's requests for instructions. (Each request must be supported by at least one pertinent citation.)

6. **Trial Brief:** Submit to the Court and opposing counsel a trial brief stating the legal and factual issues and authorities relied on and discussing any anticipated substantive or procedural problems.

7. **Motions In Limine:** File all motions in limine to exclude evidence, and submit a courtesy copy directly to the Court's chambers, at least ten (10) days before trial.

Failure to comply with any part of this order may result in the imposition of sanctions.

Dated this 1st day of December, 2006.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE